

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-17-00596-CV

**REGENT CARE CENTER OF SAN ANTONIO, L.P**.,
Appellant

v.

Robert H. **DETRICK** and Carolyn Dart Detrick,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-19462
Honorable Richard Price, Judge Presiding

# O R D E R

    The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended to July 11, 2018.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court